JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Charles Henry Ross,<br>Petitioner,<br>v.<br>Juan Herrera, et al,<br>Respondents. | Case No. 2:26-cv-02109-HDV-DMK<br>**JUDGMENT** |

Pursuant to the Order accepting the Magistrate Judge's Amended Report and Recommendation,

It IS ADJUDGED that the Petition for Writ of Habeas Corpus is dismissed without prejudice.

DATED: 9/14/26

HONORABLE HERNÁN D. VERA
UNITED STATES DISTRICT JUDGE